# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } CASE NO. 5:19-PO-00065-CHW-1 |
| | } |
| vs | } Violation: O.C.G.A. 16-10-24 |
| **THERESA FLOURNOY** | } |
| | } |
| _____ | } |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

(OBSTRUCT OR HINDER LAW ENFORCEMENT OFFICERS)

That on 28 February 2019, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia,

**THERESA FLOURNOY**,

did knowingly and willfully obstructs or hinder law enforcement officers in the lawful discharge of their official duties in violation of the Official Code of Georgia Annotated, Section 16-10-24.

CHARLES E. PEELER
UNITED STATES ATTORNEY

BY: _____

BIRON ROSS
Illinois Bar No.: 6283883
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
215 Page Road, Suite 187
Robins AFB, Georgia 31098
Telephone: (478) 327-4578